CLARA A. M. GREER et al., in Behalf of Themselves and Other Residents or Property Owners in the Town of Rye, Respondents, *v.* SAMUEL SMITH, Appellant.

*Greer* v. *Smith*, 160 App. Div. 898, affirmed.
(Argued June 4 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1913, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action in equity brought by the plaintiffs to restrain the defendant from operating his factory for the rendering of fat and the manufacture of soap on the ground that such factory produces offensive odors and pollutes the watercourses in the neighborhood, thereby depriving the plaintiffs of the proper enjoyment of their property.

*Jacob L. Holtzmann* for appellant.

*William C. Prime* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and SEABURY, JJ. Not voting: HOGAN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PASQUALE VENDETTI, Appellant.

(Argued June 7, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Supreme Court, rendered December 14, 1914, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.